

**IT IS ORDERED as set forth below:**

**Date: June 3, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHIRLEY LETT, | ) | CASE NO. 10-61451-BEM |
| | ) | |
| DEBTOR. | ) | |

**ORDER REOPENING CASE**

This matter arises on the United States Trustee's Motion for Determination that Appointment of a Trustee is Needed in Reopened Case filed on June 1, 2020, in the above-captioned matter (Docket No. 38) ("Motion"). Good cause appears for granting the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted.* The Court hereby determines "that a trustee is necessary to protect the interests of creditors and the debtor or to insure efficient administration of the case" pursuant to Fed. R. Bankr. P. 5010. The United States Trustee may appoint a trustee to serve in this case.

[END OF DOCUMENT]

Prepared by:

s/ *Shawna Staton*
Shawna Staton
Georgia Bar No. 640220
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
E-mail: *shawna.p.staton@usdoj.gov*

                                    DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Shirley Lett
456 North St Mary Lane
Marietta, GA 30064

Chandler P. Thompson
AKERMAN LLP
999 Peachtree Street, NE, Suite 1700
Atlanta, Georgia 30309

Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Select Portfolio Servicing, LLC
Jason H. Miller, registered agent
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119

Select Portfolio Servicing, Inc.
Corporation Service Company, registered agent
40 Technology Parkway South, Suite 300
Norcross, GA 30092

NewRez, LLC d/b/a Shellpoint Mortgage
Servicing, Inc.
Corporation Service Company, registered agent
100 North Main Street, Suite 2
Barre, VT 05641

NewRez, LLC
Corporation Service Company, registered agent
40 Technology Parkway South, Suite 300
Norcross, GA 30092

Bank of New York Mellon
Thomas P. Gibbons, CEO
500 Grant St.
Pittsburgh, PA 15219