

**IT IS ORDERED as set forth below:**

**Date: July 7, 2020**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-61451-BEM |
| SHIRLEY LETT, | |
| Debtor. | CHAPTER 7 |

### O R D E R

Debtor's *Motion for Reconsideration and/or Motion to Determine Whether Debtor Has Any Assets to Administer* (the "Motion") [Doc. 42] came before the Court for hearing on **July 7, 2020**. For the reasons announced on the record, it is ORDERED that the Motion is DENIED.

**END OF ORDER**

**Distribution List**

Shirley Lett
456 North St Mary Lane
Marietta, GA 30064

Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Sandy Springs, GA 30342

Chandler P. Thompson
Akerman LLP
Suite 725
170 South Main Street
Salt Lake City, UT 84101